UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| RONALD EATON, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CASE NUMBER: 1:08-CV-370-JAW |
| | ) | |
| | ) | |
| HANCOCK COUNTY et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective attorneys, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and hereby submit this Stipulation of Dismissal of all counts in this matter, with prejudice and without costs to any party.


Dated: July 27, 2011           /s/ N. Laurence Willey, Jr.
                               N. Laurence Willey, Jr., Esq.
                               Attorney for Plaintiff
                               WILLEY LAW OFFICES
                               P.O. Box 924
                               Bangor, ME 04402-0924
                               (207) 262-6222


Dated: July 27, 2011           /s/ Dale F. Thistle
                               Dale F. Thistle, Esq.
                               Attorney for Plaintiff
                               Law Office of Dale F. Thistle
                               P.O. Box 160
                               Newport, ME 04953-0160
                               (207) 368-7755

Dated: July 27, 2011

/s/ Peter T. Marchesi
Attorney for Defendants Hancock County,
Hancock County Sheriff's Department,
William Clark, Jason Lepper, Ryan Haines,
Heather Sullivan, Joshua Gunn, Crystal
Hobbs, Carl Dannenberg, Robert Morang,
and J. Weaver
Wheeler & Arey, PA
P.O. Box 376
Waterville, ME 04903-0376
(207) 873-7771

Dated: July 27, 2011

/s/ L. John Topchik
Attorney for Defendant James Lepper
Germani, Martemucci, Riggle & Hill
43 Deering Street
Portland, ME 04101-2211
(207) 773-7455

Dated: July 27, 2011

/s/ Joshua Stevens
Pro se Defendant
P.O. Box 561
South Berwick, ME 03908

CERTIFICATE OF SERVICE

I, N. Laurence Willey, Jr., hereby certify that on July 27, 2011, I electronically filed a Stipulation to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  N. Laurence Willey, Jr., Esq., Dale F. Thistle, Esq., Peter T. Marchesi, Esq., Cassandra Shaffer, Esq., and L. John Topchik, Esq. I also hereby certify that on July 27, 2011 I mailed a conformed copy of the Stipulation to Dismiss to Pro Se Defendant Joshua Stevens at his last known mailing address of P.O. Box 561, South Berwick, Maine 03908, through the regular course of the United States Mail, postage prepaid.

Dated: July 27, 2011                                    /s/ N. Laurence Willey, Jr.
                                                        N. Laurence Willey, Jr., Esq.
                                                        Attorney for Plaintiff
                                                        WILLEY LAW OFFICES
                                                        P.O. Box 924
                                                        Bangor, ME 04402-0924
                                                        (207) 262-6222

3